### FIELD *against* M'VICKAR.

Where an at-          IN error, on *certiorari*, from a justice's court. *M'Vickar* sued
tachment a-
gainst a con- out an attachment before the justice, against *Field*, of *Cocksackie*,
cealed debtor
is issued by a in the county of *Greene*, as a debtor concealed within the county,
justice of the with intent to defraud his creditors, and to avoid process, &c.
peace, and
proceedings The attachment was regularly issued. On its return, both parties
are regular,
the justice can- appeared, and *Field* pleaded in abatement, that before and at the
not supersede time of issuing the attachment, he resided in *Cocksackie*, and had
the attach-
ment, but not departed, nor was he about to depart, from the county, nor did
must, on the
return there- he conceal himself within the same, with intent to defraud his cre-
of, proceed to
hear the cause, ditors, &c. or to avoid process, &c.
as on any
other process. The plaintiff demurred to the plea, which was overruled by the
If a justice justice, and *Field* then left the court without making any further
allows *fees* for
*subpænas* on defence. The plaintiff having proved his demand, the justice
more than four
witnesses, the gave judgment for 5 dollars and the costs of suit, in which were
judgment will included five *subpænas* and fees of the constable for serving them.
be reversed.

1

It was objected, 1. That the pleas in abatement were sufficient; 2. That the costs of five writs of *subpœna* ought not to have been allowed.

*Per Curiam.* The first objection cannot prevail. If the proceedings on the attachment were regular, which is not questioned in this case, the justice had no power to supersede the attachment, but must, on the return thereof, proceed to hear the cause, as on any other process.

The allowance of fees for serving *subpœnas* on more than four witnesses, is prohibited by the proviso in the 24th section of the act. We could wish to get over this objection, as the difference is only 12 cents and a half; but it is insurmountable. The judgment must, therefore, be reversed.

Judgment reversed.